[No. 2427-2.  Division Two.  October 13, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. FORD
LAVON POWELL, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 9035, Thomas L. Lodge, J., entered May 26,
1976. *Affirmed* by unpublished opinion per Petrie, J., con-
curred in by Pearson, C.J., and Reed, J.

[No. 2212-2.  Division Two.  October 17, 1977.]

ALFRED LACROSSE, *Appellant,* v. CLAIRE E.
LACROSSE, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 202545, Stanley W. Worswick, J., entered
December 5, 1975. *Affirmed* by unpublished opinion per
Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 5328-44031-1.  Division One.  October 24, 1977.]

SHARON A. HILL, *Plaintiff,* v. R. W. GAINER,
ET AL, *Respondents,* THOMAS HIEGLER,
*Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 50530, Jack S. Kurtz, J., entered
November 7, 1975. *Dismissed* by unpublished per curiam
opinion.